THE STATE OF OHIO, APPELLEE, *v.* BLAIR, APPELLANT.

[Cite as State v. Blair (1973), 35 Ohio St. 2d 223.]

(No. 72-145—Decided September 26, 1973.)

*Mr. George C. Smith,* prosecuting attorney, and *Mr. C. William Brownfield, Jr.,* for appellee.

*Messrs. Brownfield, Kosydar, Bowen, Bally & Sturtz* and *Mr. Laurence E. Sturtz,* for appellant.

*Per Curiam.* By reason of the holding and mandate of the Supreme Court of the United States in *Roaden* v. *Kentucky* (1973), 37 L. Ed. 2d 757, which this court is required to follow, the judgment of the Court of Appeals must be reversed.

*Judgment reversed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN. JJ., concur.